1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

8   DE SHAWN MALONE,                          CASE NO. 1:11-CV-0697 DLB PC

9                         Plaintiff,          ORDER DISREGARDING MOTION FOR
                                              LEAVE TO FILE FIRST AMENDED
10           v.                               COMPLAINT
                                              (DOC. 10)
11   F. GONZALEZ, et al.,

12                         Defendants.

13   _____/

14
         Plaintiff De Shawn Malone ("Plaintiff") is a California state prisoner proceeding pro se
15
     and in forma pauperis in this civil rights action.  On September 27, 2011, Plaintiff filed a motion
16
     seeking leave to file an amended complaint.  Plaintiff concurrently filed his first amended
17
     complaint.  However, a party may amend its pleading once as a matter of course.  Fed. R. Civ. P.
18
     15(a).  Accordingly, Plaintiff's motion is DISREGARDED as unnecessary.
19
         IT IS SO ORDERED.
20
     **Dated:**   **November 7, 2011**         _____ **/s/ Dennis L. Beck**_____
21                                              UNITED STATES MAGISTRATE JUDGE
22
23
24
25
26
27
28

                                              1